

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/27/2020
```

February 27, 2020

**MEMO ENDORSED**

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Martin Reyes*, 20 Cr. 159 (VEC)

Dear Judge Caproni:

The Government respectfully writes in advance of the arraignment and initial pretrial conference in the above-referenced case, currently scheduled for Thursday, March 5, 2020, at 10:00 a.m.

The Government respectfully requests that the time between today and the scheduled arraignment and initial pretrial conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the proposed exclusion would be in the interest of justice. The Government understands that defense counsel consents to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: *Juliana Murray*
Juliana N. Murray
Assistant United States Attorney
(212) 637-2314

Application DENIED without prejudice. The Government has made no showing why an exclusion of time is in the interest of justice.

SO ORDERED.

*Valerie Caproni* 2/27/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

cc: Ariel Werner, Esq. (via email)