**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director and Attorney-in-Chief*

**MEMO ENDORSED**

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 27, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2020

**By ECF**

Honorable Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** *United States v. Martin Reyes*, 20 Cr. 159 (VEC)

Dear Judge Caproni:

In response to the Standing Orders issued by the Honorable Colleen McMahon on April 20, 2020 (20-mc-196 and 20-mc-197) and in light of the global COVID-19 pandemic, I write with the consent of the Government to request a 60-day adjournment of the June 22, 2020 trial date and all pretrial filing deadlines.

Under the current schedule, pretrial motions are due May 8, 2020, the Government's responses are due May 22, 2020, and the Defendant's replies are due June 2, 2020. Motions *in limine* are due May 26, 2020, with responses due June 8, 2020. Proposed *voir dire* questions and jury charges are due June 1, 2020. I respectfully request that all these deadlines, along with the June 18, 2020 final pretrial conference and the June 22, 2020 trial, be adjourned by at least 60 days. The parties consent to the exclusion of time under the Speedy Trial Act through the next trial date scheduled by the Court.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
212.417.8770
ariel_werner@fd.org

cc: Juliana Murray, Assistant U.S. Attorney

Application GRANTED. Trial in this case will begin on **September 14, 2020 at 10:00 a.m**. The parties must appear for a final pretrial conference on September 10, 2020 at 2:30 p.m. Pretrial motions are due by July 10, 2020. The Government's responses are due July 24, 2020, and the Defendant's replies are due July 31, 2020. Motions *in limine* are due July 31, 2020, with responses due August 14, 2020. Proposed *voir dire* questions and jury charges are due August 3, 2020. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of time between May 8, 2020 and September 14, 2020, is excluded under the Speedy Trial Act. The Court finds that the ends of justice outweigh the Defendant's and the public's interests in a speedy trial.

SO ORDERED.

[signature: Valerie Caproni]       4/27/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE