

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/10/2020
```

August 7, 2020

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Martin Reyes*, 20 Cr. 159 (VEC)

Dear Judge Caproni:

    The Government writes to respectfully request that the Court schedule a change-of-plea hearing for Martin Reyes, the defendant in the above-captioned case. The parties have conferred and are available at the Court's convenience the following dates/times:

| | |
|---|---|
| Monday, September 14, 2020: | 9:30 a.m. – 5:00 p.m. |
| Wednesday, September 16, 2020: | 9:30 a.m. – 5:00 p.m. |
| Friday, September 18, 2020: | 2:00 p.m. – 5:00 p.m. |
| Monday, September 21, 2020: | 1:00 p.m. – 5:00 p.m. |
| Tuesday, September 22, 2020: | 9:30 a.m. – 2:30 p.m. |

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: /s/ Juliana Murray
Juliana N. Murray
Assistant United States Attorney
(212) 637-2314

---

Application GRANTED. A change-of-plea hearing will be held on **September 21, 2020 at 2:00 p.m.** The hearing will be held in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

*/s/ Valerie Caproni*
8/10/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

    cc:    Ariel Werner, Esq. (via ECF)