```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____               │
│ DATE FILED:__9/14/2020___            │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- X

UNITED STATES OF AMERICA,                    :
                                             :
                                             :
        -against-                            :         20-CR-159 (VEC)
                                             :
                                             :         ORDER
MARTIN REYES,                                :
                         Defendant.          :
--------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS a change-of-plea hearing is scheduled for September 21, 2020 at 2:00 p.m.;

IT IS HEREBY ORDERED:

1.  Due to a scheduling conflict, the hearing is adjourned to **September 22, 2020 at 11:30
    a.m.**  The hearing will be held in Courtroom 443 of the Thurgood Marshall Courthouse,
    40 Foley Square, New York, NY 10007.  Members of the public may appear for the
    hearing by calling (888) 363-4749, using the access code 3121171 and the security
    code 0159.  All those accessing the conference are reminded that recording or
    rebroadcasting of the proceeding is prohibited by law.

2.  Per the SDNY COVID-19 Courthouse Entry Program, any person who appears at any
    SDNY courthouse must complete a questionnaire and have his or her temperature
    taken. Please see the instructions, attached. Completing the questionnaire ahead of time
    will save time and effort upon entry. Only those individuals who meet the entry
    requirements established by the questionnaire will be permitted entry. Please contact
    chambers promptly if you or your client (if attending the proceeding) does not meet the
    requirements.

**SO ORDERED.**

**Dated: September 14, 2020**
         **New York, NY**

**VALERIE CAPRONI**
**United States District Judge**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

https://app.certify.me/SDNYPublic



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.