**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

**MEMO ENDORSED**

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 29, 2020

**By ECF/EMAIL**

Honorable Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/29/2020
```

**Re:** *United States v. Martin Reyes*, 20 Cr. 159 (VEC)

Dear Judge Caproni:

    I write to request a short adjournment of Mr. Reyes's change-of-plea hearing, which is currently scheduled for Thursday, October 1, 2020. On Sunday, September 27, 2020, Mr. Reyes was tested for COVID-19. He is awaiting results and was informed that they will not be made available until October 1. It is my understanding that the Court is available on Thursday, October 15, 2020 from 2:30 p.m. onwards. The Defense and Government are both available at that time as well.

    Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
212.417.8770
ariel_werner@fd.org

cc: Juliana Murray, Assistant U.S. Attorney

Application GRANTED. The change-of-plea hearing currently scheduled for October 1, 2020 is adjourned to **October 15, 2020 at 2:30 p.m.**

SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE    9/29/2020