```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
  UNITED STATES OF AMERICA      :

                                    :        20-CR-159 (VEC)

        -against-                :

                                    :        ORDER

  MARTIN REYES,                           :

                                      :

                         Defendant.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on October 15, 2020, the parties appeared for a change-of-plea hearing;

    WHEREAS on October 15, 2020 Defendant entered a guilty plea;

    IT IS HEREBY ORDERED THAT:

1. Defendant's sentencing will be held on **February 11, 2021 at 11:00 a.m.** Sentencing submissions are due by **January 28, 2021.**

2. The sentencing will take place in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  Members of the public may appear for the hearing by calling (888) 363-4749, using the access code 3121171 and the security code 0159.

**SO ORDERED.**

**Dated: October 15, 2020**
       **New York, NY**

                                                           _____
                                                           **VALERIE CAPRONI**
                                                           **United States District Judge**