**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District
Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

**MEMO ENDORSED**

October 21, 2020

**By ECF**

Honorable Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2020

   **Re: *United States v. Martin Reyes*, 20 Cr. 159 (VEC)**

Dear Judge Caproni:

   I write with the consent of the Government and Pretrial Services to request permission for Martin Reyes to travel to West Orange, New Jersey on October 26, 2020 for a surgery on his cervical spine. The outpatient procedure will take place at the Mountain Surgery Center, and Mr. Reyes expects to return home that same day. I further request that Mr. Reyes be permitted to have his ankle monitor removed for the day of the surgery, in case he is required to undergo any X-rays or MRIs. The Government and Pretrial consent to this request as well.

   On October 15, 2020, Mr. Reyes pleaded guilty to one count of narcotics conspiracy, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 846. Mr. Reyes's Pretrial Officer, Ashley Cosme, reports that he has remained in full compliance with his bail conditions without any violations since the date of his release.

Application GRANTED.

SO ORDERED.

*[signature]*
10/22/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
212.417.8770
ariel_werner@fd.org

   cc:   Juliana Murray, Assistant U.S. Attorney

        Ashley Cosme, U.S. Pretrial Services Officer