**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

**MEMO ENDORSED**

January 19, 2021

**By ECF**

Honorable Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2021

**Re: *United States v. Martin Reyes*, 20 Cr. 159 (VEC)**

Dear Judge Caproni:

    I write in response to the Court's directive, dated January 19, 2021, for the parties to submit a joint letter indicating whether they consent to adjourning Mr. Reyes' sentencing until (i) he has completed all necessary surgeries and (ii) I return from parental leave. ECF No. 33. The parties have conferred and consent to such an adjournment. We propose a sentencing date in late October and are available any date and time during that period.

    Respectfully submitted,

    /s/ Ariel Werner
    Ariel Werner
    Assistant Federal Defender
    917-751-2050
    ariel_werner@fd.org

cc: Juliana Murray, Assistant U.S. Attorney

Application GRANTED. The sentencing is adjourned to **October 28, 2021 at 2:00 p.m.** Sentencing submissions are due by **October 14, 2021.**

SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

1/19/2021