**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 14, 2021

**MEMO ENDORSED**

<u>By ECF</u>

Honorable Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/2021

**Re:** *United States v. Martin Reyes*, 20 Cr. 159 (VEC)

Dear Judge Caproni:

In accordance with the Court's individual rules of practice in criminal cases, and without objection from the Government, I write to seek leave to file my sentencing submission on behalf of Martin Reyes in redacted form. The proposed redactions, which will be identified in a copy of the submission provided to the Court and the Government, include sensitive health information. Thank you for your consideration of this request.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
917-751-2050
ariel_werner@fd.org

cc: Juliana Murray, Assistant U.S. Attorney

**Application GRANTED.**

SO ORDERED.

*[signature]*   10/14/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE