**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District
Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 14, 2022

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/14/2022

**By ECF**

Honorable Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

   Re:  *United States v. Martin Reyes*, 20 Cr. 159 (VEC)

Dear Judge Caproni:

   I write, without objection from the Government, to request a six-week adjournment of Mr. Reyes's voluntary surrender, currently scheduled for February 11, 2022. Mr. Reyes seeks a postponement for two reasons. First, his application for rental assistance from the New York State Rental Assistance Program is still pending, and he wants to remain available to answer any questions and provide any additional documentation required to support his claim. As of yesterday, he was informed that his application is likely to be resolved within the next six weeks. Second, we are concerned about the presence of the highly contagious Omicron variant of COVID-19 in the Bureau of Prisons (BOP). While Mr. Reyes has yet to receive his designation, the Court recommended placement close to New York City, and the BOP website demonstrates that case counts at such facilities are high.[1]

   With a six-week postponement, Mr. Reyes's new surrender date would be March 25, 2022. As noted, the Government does not object to this request. Thank you for considering it.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
917-751-2050
ariel_werner@fd.org

cc:  Juliana Murray, Assistant U.S. Attorney

---

[1] As of today, there are 172 positive inmates and 2 staff at the Metropolitan Detention Center in Brooklyn, 64 positive inmates and 11 staff at FCI Danbury, 19 positive inmates and 13 positive staff at FCI Otisville, 104 positive inmates and 5 staff at FCI Ray Brook, and 16 positive inmates and 14 staff at FCI Fort Dix, to name just a few.

Application GRANTED.  Mr. Reyes must surrender to his designated institution or to the Southern District of New York U.S. Marshals Service not later than **March 25, 2022**.

SO ORDERED.

*[signature: Valerie Caproni]*   1/14/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE