**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 18, 2022

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2022

**By ECF**

Honorable Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: *United States v. Martin Reyes*, 20 Cr. 159 (VEC)**

Dear Judge Caproni:

I write, without objection from the Government, to request a one-month adjournment of Mr. Reyes's voluntary surrender, currently scheduled for March 25, 2022.

I request this adjournment for two reasons. First, Mr. Reyes still has not received his Bureau of Prisons designation. As noted at the time of Mr. Reyes's sentencing, he is most likely to receive appropriate and uninterrupted mental health care if permitted to surrender directly to the facility where he will serve his time, rather than to a local jail. Dkt. No. 38 at 7. Second, Mr. Reyes is hoping to take a few additional measures to place his family on more secure footing, in terms of their housing situation and income, prior to his term of incarceration. He is now working with my office's social work department in his efforts to do so.

As noted, the Government does not object to this request. Thank you for considering it.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
917-751-2050
ariel_werner@fd.org

cc: Juliana Murray, Assistant U.S. Attorney

Application GRANTED. Mr. Reyes must surrender to his designated institution or to the Southern District of New York U.S. Marshals Service not later than **April 29, 2022**.

SO ORDERED.

3/20/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE